I. & G. N. R. R. Co. v. J. B. MATHEWS.

(No. ——, Op. Book No. 1, p. 204.)

APPEAL from Anderson County. Opinion by ECTOR, P. J.

§ 510. *Jurisdiction of court of appeals; amount of judgment, or amount in controversy.* Suit by appellee against appellant in justice's court for an amount less

than $100. On appeal to the county court, judgment was rendered for appellee against appellant for an amount less than $100, exclusive of interest and cost. *Held*, that as neither the amount in controversy in the suit, nor the amount of the judgment rendered in the county court, did exceed $100, the judgment of that court was final, and the court of appeals had no jurisdiction on appeal therefrom to revise it. [Const. art. V, secs. 6, 16, 22; Silliman v. Eidman & Bro. *post*, p. 337.]

October 11, 1877.                    Appeal dismissed.